**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**EDWARD JAMES HOPSON, #74709**                                          **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.  4:08-cv-28-DPJ-JCS**

**MIKE VICK**                                                                **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the

Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to

comply with the orders of this Court.

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE